UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

GREENHECK FAN CORPORATION,

          Plaintiff,

vs.                                      Civil Action No. 07-C-0160-C

BLUE MARTINI SOFTWARE, INC.,

          Defendant.

---

### ORDER FOR DISMISSAL WITH PREJUDICE

---

Pursuant to the foregoing stipulation,

IT IS HEREBY ORDERED that this action, including any and all claims made herein, is dismissed in its entirety on the merits, with prejudice, and without costs to any party.

Dated this 20th day of February, 2008.

BY THE COURT:

*Barbara B. Crabb*
Barbara B. Crabb
Chief Judge